**Carlos L. Juárez, Esq.**                    SBN 86196
**Law Office of Carlos L. Juarez**
**P.O. BOX 2464**
**Riverside, CA 92516**
**Phone:  (951) 742-7354**
**Fax:      (951) 742-7358**
**E-Mail:  juarezlaw52@yahoo.com**

Attorney for Defendant,
LISA KAY CAMP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>LISA KAY CAMP,<br><br>     Defendant, | Case No.:5:18-CR-00200-SVW-1<br><br>DEFENDANT LISA KAY CAMP'S JOINDER IN DEFENDANT BARRY LEE BIDDLE'S OPPOSITION TO GOVERNMENT'S MOTION FOR ORDER FORFEITING BAIL AND FOR SUMMARY ADJUDICATION OF OBLIGATION |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS AND ASSISTANT UNITED STATES ATTORNEYS:

PLEASE TAKE NOTICE that Lisa Kay Camp, Defendant in the above entitled action, by his undersigned attorney, will and hereby does join in defendant Barry Lee Biddle's Opposition to Government's Motion For Order Forfeiting Bail and For Summary Adjudication of Obligation (DOC #209). This joinder motion is based upon all files and records in this case, and all other evidence produced at the hearing on the motion.

Page - 1

| | |
|---|---|
| Dated: <u>April 21, 2021</u> | By, <u>/s/</u> *Carlos L. Juarez* <br> CARLOS L. JUAREZ <br> Attorney for Defendant <br> LISA KAY CAMP |